# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Plaintiff,

U.S. Philips Corporation and Koninklijke Philips Electronics N.V.

-v-

The ADS Group fka Advanced Duplication Services LLC; American Media International, Ltd.; Carbonite Inc.; The Comvest Group; Eva-Tone, Inc; Hal Leonard Corp.; Hudson Valley Capital Partners, Inc.; Inoveris LLC; Intuit Inc.; Malaco Entertainment LLC; Metatec International, Inc.; MTI Acquisition LLC aka MTI Acquisition Inc.; Music City Optical Media, Inc.; Zomax Incorporated; Michael F. Hardwick; Arun Khurana; Jean A. Lagotte, Jr.; John Edgar Moll; John Steven Moll; David A. Silvon; and John Does No. 1 through 100

Defendant.



Rule 7.1 Statement

U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

U.S. Philips Corporation and Koninklijke Philips Electronics N.V.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

U.S. Philips Corporation                100% ownership in plaintiff
Koninklijke Philips Electronics N.V.    100% ownership in plaintiff

**Date:** 4/30/2008

Signature of Attorney

**Attorney Bar Code:** EJ-5259