**United States District Court**
**Southern District of New York**

SCANNED

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                        Plaintiffs           7:08-cv-04068-CLB

-against-

THE ADS GROUP formerly known as ADVANCED
DUPLICATION SERVICES LLC, AMERICAN
MEDIA INTERNATIONAL, LTD, CARBONITE
INC., THE COMVEST GROUP, EVA-TONE, INC.,
HAL LEONARD CORP., HUDSON ALLEY CAPITAL
PARTNERS, INC., INOVERIS LLC, INTUIT LLC,
MALACO ENTERTAINMENT LLC, METATEC
INTERNATIONAL, INC., MTI ACQUISITION LLC
also known as MTI Acquisition Corp., MUSIC CITY
OPTICAL MEDIA, INC., ZOMAX INCORPORATED,
MICHAEL F. HARDWICK, ARUN KHURANA,
JEAN A. LAGOTTE, JR., JOHN EDGAR MOLL,
JOHN STEVEN MOLL, DAVID A. SILVON, John
Does No. 1 through 100.

                        Defendants

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher J. Houpt, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Vincent P. Kovalick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone Number: | (202) 408-4000 |
| Fax Number: | (202) 408-4400 |

Vincent P. Kovalick is a member in good standing of the Bar of the State of Virginia and the District of Columbia. There is no pending disciplinary proceedings against Vincent P. Kovalick in any State of Federal court.

Dated: May 30, 2008 New York, New York

Respectfully submitted,

_____
Christopher J. Houpt
New York State Bar No. 723128
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2380
Fax: (212) 849-5830

**United States District Court**
**Southern District of New York**

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                    Plaintiffs              7:08-cv-04068-CLB

    -against-                                **AFFIDAVIT OF CHRISTOPHER J. HOUPT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

THE ADS GROUP formerly known as ADVANCED
DUPLICATION SERVICES LLC, AMERICAN
MEDIA INTERNATIONAL, LTD, CARBONITE
INC., THE COMVEST GROUP, EVA-TONE, INC.,
HAL LEONARD CORP., HUDSON ALLEY CAPITAL
PARTNERS, INC., INOVERIS LLC, INTUIT LLC,
MALACO ENTERTAINMENT LLC, METATEC
INTERNATIONAL, INC., MTI ACQUISITION LLC
also known as MTI Acquisition Corp., MUSIC CITY
OPTICAL MEDIA, INC., ZOMAX INCORPORATED,
MICHAEL F. HARDWICK, ARUN KHURANA,
JEAN A. LAGOTTE, JR., JOHN EDGAR MOLL,
JOHN STEVEN MOLL, DAVID A. SILVON, John
Does No. 1 through 100.

                    Defendants

---

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

I. Christopher J. Houpt, being duly sworn, hereby deposes and says as follows:

1)    I am an associate with Mayer Brown, LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Vincent P. Kovalick pro hac vice to represent Plaintiffs in this matter.

2)    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in _July 2007_. I am also admitted to bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3)    I have known Vincent P. Kovalick since 2007.

4)     Mr. Kovalick is a partner with the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP in Washington, DC.

5)     I have found Mr. Kovalick to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6)     Accordingly, I am pleased to move the admission of Vincent P. Kovalick, pro hac vice.

7)     I respectfully submit a proposed order granting the admission of Vincent P. Kovalick, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Vincent P. Kovalick, pro hac vice, to represent Plaintiff in the above-captioned matter, be granted.

Dated: 5/30/08
New York, New York

Notarized:

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20 11

Respectfully submitted,

Christopher J. Houpt
SDNY Bar Code: 723128



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

This is to certify that **VINCENT PETER KOVALICK** is an active member of the Virginia State Bar in good standing. **MR. KOVALICK** was licensed to practice law in Virginia on **OCTOBER 14, 1988**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.

Issued May 19, 2008

Karen A. Gould
Executive Director and
Chief Operating Officer

**United States District Court**
**Southern District of New York**

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                Plaintiffs          7:08-cv-04068-CLB

      -against-                  **ORDER FOR ADMISSION**
                                                                 **PRO HAC VICE**

THE ADS GROUP formerly known as ADVANCED
DUPLICATION SERVICES LLC, AMERICAN
MEDIA INTERNATIONAL, LTD, CARBONITE
INC., THE COMVEST GROUP, EVA-TONE, INC.,
HAL LEONARD CORP., HUDSON ALLEY CAPITAL
PARTNERS, INC., INOVERIS LLC, INTUIT LLC,
MALACO ENTERTAINMENT LLC, METATEC
INTERNATIONAL, INC., MTI ACQUISITION LLC
also known as MTI Acquisition Corp., MUSIC CITY
OPTICAL MEDIA, INC., ZOMAX INCORPORATED,
MICHAEL F. HARDWICK, ARUN KHURANA,
JEAN A. LAGOTTE, JR., JOHN EDGAR MOLL,
JOHN STEVEN MOLL, DAVID A. SILVON, John
Does No. 1 through 100.

                              Defendants

Upon the motion of Christopher J. Houpt attorney for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Vincent P. Kovalick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address:<br>City/State/Zip: | 901 New York Avenue, NW<br>Washington, DC 20001 |
| Phone No.: | (202) 408-4000    Fax No: (202) 408-4400 |
| Email Address: | vince.kovalick@finnegan.com |

is admitted to practice pro hac vice as counsel for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE ADS GROUP et al.,<br><br>    Defendants. | Civil Action No. 08-cv-04068-CLB<br><br>**CERTIFICATE OF SERVICE** |

STATE OF NEW YORK    )
                                 )SS.:
COUNTY OF NEW YORK  )

    I, Christopher J. Houpt, a member of the Bar of this Court, hereby certify that on Thursday, June 5, 2008, I caused to be served upon

    Ivan Kavrukov
    COOPER & DUNHAM LLP
    1185 Avenue of the Americas
    New York, New York 10036

by hand delivery and upon

    Michael F. Hardwick
    5101 Mead Road
    St. Paul, Minnesota 55110

    Carbonite, Inc.
    111 Huntington Avenue
    26th Floor
    Boston, Massachusetts 02199

    Eva-Tone, Inc.
    4801 Ulmerton Road
    Clearwater, Florida 33762

    Intuit, Inc.
    2632 Marine Way
    Mountain View, California 94043

W. Edward Ramage
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201

Malaco Entertainment LLC
3023 West Northside Drive
P.O. Box 9287
Jackson, Mississippi 39213

David A. Silvon
5339 Monticello Hall Drive
Columbus, Ohio 43221

by UPS Overnight Mail a true copy of Plaintiffs' Motion to Admit Counsel Pro Hac Vice and the

Affidavit of Christopher J. Houpt

New York, New York
June 5, 2008

_____
Christopher J. Houpt