UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KONINKLIJKE PHILIPS ELECTRONICS N.V.** and **U.S. PHILIPS CORPORATION,**<br><br>*Plaintiffs*,<br><br>-*vs*-<br><br>**THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC,** *et al.*,<br><br>*Defendants*. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 7:08-cv-04068<br>(CLB)<br>(ECF Case) |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Douglas J. Nash, Esq., Hiscock & Barclay, LLP, One Park Place, 300 South State Street, Syracuse, New York 13202-2078, as counsel for defendant Carbonite Inc. in the above-entitled action.

**DATED:**   June 12, 2008                             **HISCOCK & BARCLAY, LLP**

By: ____s/ Douglas J. Nash____
      Douglas J. Nash (DN3995)

Office and Post Office Address
One Park Place
300 S. State Street
Syracuse, New York 13202-2078
Telephone (315) 425-2828
Facsimile (315) 703-7364
Email dnash@hiscockbarclay.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which sent notification of such filing to the following:

**Edward David Johnson**     wjohnson@mayerbrownrowe.com


                                              s/ Douglas J. Nash
                                                Douglas J. Nash