UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,**

*Plaintiffs*,

-*vs*-

**THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC,** *et al.*,

*Defendants*.

**NOTICE OF APPEARANCE**

Civil Action No. 7:08-cv-04068
(CLB)
(ECF Case)

**TO THE CLERK OF THE COURT:**

Please enter the appearance of John D. Cook, Esq., Hiscock & Barclay, LLP, One Park Place, 300 South State Street, Syracuse, New York 13202-2078, as counsel for defendant Carbonite Inc. in the above-entitled action.

**DATED:**   June 12, 2008

**HISCOCK & BARCLAY, LLP**

By:   s/ John D. Cook
         John D. Cook (JC2885)

Office and Post Office Address
One Park Place
300 S. State Street
Syracuse, New York 13202-2078
Telephone (315) 425-2885
Facsimile (315) 703-7353
Email jcook@hiscockbarclay.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the foregoing Notice of Appearance using the CM/ECF system, which sent notification of such filing to the following:

**Edward David Johnson**     wjohnson@mayerbrownrowe.com


                                                                  s/ John D. Cook
                                                                   John D. Cook