UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ADS GROUP et al.,<br><br>    Defendants. | Civil Action No. 08-cv-04068-CLB<br><br>**CERTIFICATE AND DECLARATION OF SERVICE** |

I, John F. Hornick, hereby declare as follows:

1. I am a partner with the law firm of Finnegan Henderson Farabow Garrett & Dunner LLP, attorneys for Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation.

2. On or about May 7, 2008, I instructed my staff to send to Ivan Kavrukov of the law firm of Cooper & Dunham LLP, counsel for some of the Defendants in this action, a true and complete copy of the Summons and Complaint in the above-captioned case. Accordingly, on May 7, 2008, a true and correct copy of the Summons and Complaint in the above-captioned case was sent via First Class mail to Mr. Kavrukov.

3. On May 15, 2008, Mr. Kavrukov stated in an email to me that he would accept service on the following Defendants, provided that such service is effective May 23, 2008:

   a. The ADS Group (fka Advanced Duplication Services LLC);

   b. Hudson Valley Capital Partners, Inc.

   c. Jean A. Lagotte, Jr.;

   d. American Media International Ltd.;

   e. Hal Leonard Corp.;

1

  f. Inoveris LLC;

  g. Metatec International, Inc.;

  h. MTI Acquisition LLC aka MTI Acquisition Corp.;

  i. Zomax, Inc.;

  j. Arun Khurana; and

  k. The ComVest Group.

4. On May 18, 2008, I sent an email to Mr. Kavrukov agreeing that his acceptance of service for such Defendants as of May 23, 2008 was acceptable, and that I would file a declaration of service stating that such Defendants were served as of May 23, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 11, 2008

John F. Hornick

2