UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 4068
DATE FILED: APRIL 30, 2008

*U.S. PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,*

Plaintiff(s)

against

*THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.*

Defendant(s)

STATE OF FLORIDA, COUNTY OF PINELLAS, SS.:                    AFFIDAVIT OF SERVICE

_____Derek Kronschnabl_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Clearwater, FL_____. That on __May 22, 2008__ at __2 50 PM__, at __4801 Ulmerton Road, Clearwater, FL__ deponent served the within __Summons In A Civil Case and Complaint__ __Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith__ on __Eva-Tone, Inc.__,

a(n) __defendant herein__, by delivering thereat a true copy thereof to __Carl Evans-Registered Agent__, personally, deponent knew said __defendant herein__ so served to be the __defendant herein__ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said __defendant herein__ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Male__   Skin Color: __White__   Hair Color: __Salt & Pep__
Age: __50 - 60 Yrs.__   Height: __5' 9" - 5' 10"__   Weight: __211 - 235 Lbs.__   Other: __Person served wore glasses__

Sworn to before me on this 23rd day of __May, 2008__

[Signature: Carole J. Post]

CAROLE J. POST
Commission DD 741130
Expires December 30, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

[Signature]
Derek Kronschnabl
Server's Lic. # A0559230

Affidavit # 10000502

ATTORNEY: Mayer Brown LLP, Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.: