UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

INDEX # 08 CIV 4068  
FILED ON APRIL 30, 2008

---

**KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,**

Plaintiff(s)/Petitioner(s)

vs

**THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.**

Defendant(s)/Respondent(s)

STATE OF TENNESSEE, COUNTY OF DAVIDSON, SS.:

**AFFIDAVIT OF SERVICE**

____Keith Wozencraft____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ____Antioch, TN____. On ____May 22, 2008____ at ____1 30 PM____, at ____1045 Firestone Parkway, La Vergne, Tennessee____, deponent served the within Summons In A Civil Case and Complaint Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith on: ____John Steven Moll____

Defendant (herein called recipient) therein named, upon which the Index No. and the date of filing were clearly visible on said Summons In A Civil Case and Complaint.

**INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**SUITABLE AGE PERSON** ☒ By delivering a true copy of each to ____Susan Verellen-Receptionist____ personally, a person of suitable age and discretion. Deponent asked said individual if they were able to accept on behalf of said recipient and they responded with an affirmative. Said premises is recipient's [X] actual place of business [ ] dwelling house or usual place of abode within the state.

**AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there: on the ____ day of ____ at ____  
on the ____ day of ____ at ____  
on the ____ day of ____ at ____

**MAILING COPY** ☒ Deponent also enclosed a copy of the said document(s) in a postpaid sealed wrapper, First Class Mail, marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the recipient(s). Said envelope was properly addressed to recipient at recipient's last known address at ____1045 Firestone Parkway, La Vergne, Tennessee____ and deposited the same in a post office under exclusive care and custody of the United States Postal Service within New York State on ____May 27, 2008____.

**DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:  
Gender: Female    Color of skin: White    Color of hair: Red/Blond    Age: 46 - 55 Yrs.    Height: 5' 7" - 5' 8"  
Weight: 146 - 180 Lbs.    Other: ____

**WIT. FEES** ☐ ____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**MILITARY SERVICE**  
☐ Deponent asked the person spoken to whether he/she was presently in the military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.  
☒ Deponent asked the person spoken to, ____Susan Verellen-Receptionist____ ,whether the recipient was in active military service of the United States Government or of the State of New York in any capacity whatever and received a negative reply.  
☒ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this __27__ day of ____May, 2008____

_[notary signature]_  
MY COMMISSION EXPIRES JANUARY 23, 2010

_[seal: LARRY WOZENCRAFT, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY]_

_[signature]_  
Keith Wozencraft  
Server's Lic. #  
Affidavit # 10000508

ATTORNEY: Mayer Brown LLP, Ph: 212-506-2721  
ADDRESS: 1675 Broadway New York NY 10019-5820     File No.: