UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 4068
DATE FILED: APRIL 30, 2008

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiff(s)

against

THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.

Defendant(s)

STATE OF MASSACHUSETTS, COUNTY OF SUFFOLK , SS.:   AFFIDAVIT OF SERVICE

Michael B. Fixman being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Everett, MA. That on May 23, 2008 at 2:15 pm, at 334 BOYLSTON STREET, 3RD FLOOR, BOSTON, MA 02116 deponent served the within Summons In A Civil Case and Complaint Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith on Carbonite, Inc.,

a(n) defendant herein, by delivering thereat a true copy thereof to Andrew Keenan-Chief Financial Officer, personally, deponent knew said defendant herein so served to be the defendant herein so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said defendant herein and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: Male   Skin Color: White   Hair Color: Brown
Age: 46 - 55 Yrs.   Height: 5' 9" - 5' 10"   Weight: 146 - 180 Lbs.   Other:

Sworn to before me on this 27 day of May, 2008

_Albert F Palladino_

ALBERT F. PALLADINO, Notary Public
My Commission Expires June 23, 2011

_Michael B. Fixman_
Server's Lic. # 133

Affidavit # 10000501

ATTORNEY: Mayer Brown LLP , Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.: