UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 4068
DATE FILED: APRIL 30, 2008

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiff(s)

against

THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.

Defendant(s)

---

STATE OF TENNESSEE, COUNTY OF DAVIDSON, SS.:                AFFIDAVIT OF SERVICE

___Keith Wozencraft___ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ___Antioch, TN___. That on ___May 22, 2008___ at ___1 30 PM___, at ___1045 Firestone Parkway, La Vergne, Tenessee 37086___ deponent served the within ___Summons In A Civil Case and Complaint___
___Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith___
on ___Music City Optical Media, Inc.___,
a(n) ___defendant herein___, by delivering thereat a true copy thereof to ___Susan Verellen-Receptionist___, personally, deponent knew said ___defendant herein___ so served to be the ___defendant herein___ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said ___defendant herein___ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Female__  Skin Color: __White__  Hair Color: __Red/Blonde__
Age: __46 - 55 Yrs.__  Height: __5' 7" - 5' 8"__  Weight: __146 - 180 Lbs.__  Other: _____

Sworn to before me on this __27__ day of __May, 2008__

MY COMMISSION EXPIRES JANUARY 23, 2010

Keith Wozencraft
Server's Lic. #

Affidavit # 10000504

ATTORNEY: Mayer Brown LLP, Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820    File No.: