UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 4068
DATE FILED: APRIL 30, 2008

---

**KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,**

*Plaintiff(s)*

*against*

**THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.**

*Defendant(s)*

---

STATE OF MISSISSIPPI, COUNTY OF JONES , SS.:                     AFFIDAVIT OF SERVICE

Jimmy K. Taylor being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Ellisville, MS . That on May 23, 2008 at 3 05 PM , at 3023 West Northside Drive. P.O. Box 9287, Jackson, MS 39213 deponent served the within Summons In A Civil Case and Complaint Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith on Malaco Entertainment LLC ,

a(n) defendant herein , by delivering thereat a true copy thereof to Stuart Madison, Vice-President , personally. deponent knew said defendant herein so served to be the defendant herein so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said defendant herein and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: Male    Skin Color: White    Hair Color: Salt & Pep
Age: 50 - 60 Yrs.    Height: 5' 7" - 5' 8"    Weight: 146 - 180 Lbs.    Other: ___

Sworn to before me on this 27 day of May, 2008

Jimmy K. Taylor
Server's Lic. #

Affidavit # 10000506

ATTORNEY: Mayer Brown LLP , Ph: 212-506-2721
ADDRESS:  1675 Broadway New York NY 10019-5820    File No.: