UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 08 CIV 4068
FILED ON APRIL 30, 2008

### *KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,*

Plaintiff(s)/Petitioner(s)

vs

### *THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.*

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF OHIO, COUNTY OF FRANKLIN, SS.:

Chris Galownia, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Columbus, OH. On May 30, 2008 at 10:55 AM, deponent served the within at Zomax, Inc., 7001 Discovery Blvd., Dublin, Ohio 43017

Summons In A Civil Case and Complaint, Order for Court Conference
Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith

on: David A. Silvon

Defendant _____ (herein called recipient) therein named,

upon which the Index No. and the date of filing were clearly visible on said Summons In A Civil Case and Complaint, Order for.

**INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**SUITABLE AGE PERSON** ☒ By delivering a true copy of each to Cindy Matheson, Co-Worker personally, a person of suitable age and discretion. Deponent asked said individual if they were able to accept on behalf of said recipient and they responded with an affirmative. Said premises is recipient's [X] actual place of business [ ] dwelling house or usual place of abode within the state.

**AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there: on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**MAILING COPY** ☒ Deponent also enclosed a copy of the said document(s) in a postpaid sealed wrapper, First Class Mail, marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the recipient(s). Said envelope was properly addressed to recipient at recipient's last known address at Zomax, Inc., 7001 Discovery Blvd., Dublin, Ohio 43017 and deposited the same in a post office under exclusive care and custody of the United States Postal Service within New York State on May 30, 2008.

**DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: Female   Color of skin: White   Color of hair: Black   Age: 28-34 Yrs.   Height: 5'5"-5'6"
Weight: 146-180 Lbs.   Other: ___

**WIT. FEES** ☐ ___ the authorized witness fee and/or traveling expenses were paid (tendered) to the recipient.

**MILITARY SERVICE**
☐ Deponent asked the person spoken to whether he/she was presently in the military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.
☒ Deponent asked the person spoken to, Cindy Matheson, Co-Worker, whether the recipient was in active military service of the United States Government or of the State of New York in any capacity whatever and received a negative reply.
☒ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this 30th day of May, 2008

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-09

Chris Galownia
Server's Lic. # N/A
Affidavit # 10000507

ATTORNEY: Mayer Brown LLP, Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*