UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 4068
DATE FILED: APRIL 30, 2008

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiff(s)

against

THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.

Defendant(s)

STATE OF CALIFORNIA, COUNTY OF ALAMEDA , SS.:     AFFIDAVIT OF SERVICE

___T. Andy Harris___ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ___Union City, CA___. That on ___May 27, 2008___ at ___2:25 PM___, at ___CSC-Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100, Sacramento, CA 95833___ deponent served the within ___Summons In A Civil Case and Complaint___

___Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith___

on ___Intuit, Inc.___

a(n) ___defendant herein___, by delivering thereat a true copy thereof to ___Laura Karpen-Authorized Agent___, personally, deponent knew said ___defendant herein___ so served to be the ___defendant herein___ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said ___defendant herein___ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Female__ Skin Color: __White__ Hair Color: __Brown__
Age: __35 - 40 Yrs.__ Height: __5' 7" - 5' 8"__ Weight: __236 - 275 Lbs.__ Other: ____

Sworn to before me on this 2ND day of JUNE, 2008

ELLIOTT BENNER
COMM. # 1777865
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 4, 2011

T. Andy Harris
Servers Lic. # 81-002

Affidavit # 10000503

ATTORNEY: Mayer Brown LLP , Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.: