# HISCOCK & BARCLAY

BUFFALO • NEW YORK • SYRACUSE • ALBANY • NEW YORK

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NEW YORK 13202-2078
T 315.422.2131 • F 315.472.3059

DOUGLAS J. NASH
PARTNER

DIRECT DIAL 315.425.2828
DIRECT FAX 315.703.7364
DNASH@HISCOCKBARCLAY.COM

ALSO ADMITTED IN: MASSACHUSETTS

June 12, 2008

**VIA FACSIMILE (914) 390-4085**

Hon. Charles L. Brieant
United States District Judge
U.S. District Court for the
Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

*MEMO ENDORSED*

[handwritten: Application Granted.
So Ordered.
Charles L. Brieant
6/13/08    USDJ]

Re: Koninklijke Philips Electronics N.V., et ano. v. The ADS Group, et. al.
Civil Action No. 7:08-cv-04068 (CLB) (ECF Case)

Dear Judge Brieant:

We represent defendant Carbonite Inc. ("Carbonite") in connection with the above-referenced action. This letter is to respectfully request an extension of time until on or before July 2, 2008 for Carbonite to answer, move, or otherwise respond to the Amended Complaint filed by the plaintiffs. We discussed this matter with counsel for plaintiffs, who have consented to our request for an extension.

Thank you for your attention and consideration in this matter.

Respectfully submitted,

Douglas J. Nash

DJN:vrf

cc: Edward D. Johnson, Esq.
    Christopher J. Houpt, Esq.
    Joseph L. Stanganelli, Esq.
    John D. Cook, Esq.
    **Via Electronic Mail**

SYLIB01\630741\1

WWW.HISCOCKBARCLAY.COM