United States District Court
Southern District of New York

---

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION

                      Plaintiffs          7:08-cv-04068-CLB

      -against-              **ORDER FOR ADMISSION**
                                                                         **PRO HAC VICE**

THE ADS GROUP formerly known as ADVANCED
DUPLICATION SERVICES LLC, AMERICAN
MEDIA INTERNATIONAL, LTD, CARBONITE
INC., THE COMVEST GROUP, EVA-TONE, INC.,
HAL LEONARD CORP., HUDSON ALLEY CAPITAL
PARTNERS, INC., INOVERIS LLC, INTUIT LLC,
MALACO ENTERTAINMENT LLC, METATEC
INTERNATIONAL, INC., MTI ACQUISITION LLC
also known as MTI Acquisition Corp., MUSIC CITY
OPTICAL MEDIA, INC., ZOMAX INCORPORATED,
MICHAEL F. HARDWICK, ARUN KHURANA,
JEAN A. LAGOTTE, JR., JOHN EDGAR MOLL,
JOHN STEVEN MOLL, DAVID A. SILVON, John
Does No. 1 through 100.

                      Defendants

Upon the motion of Christopher J. Houpt attorney for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Vincent P. Kovalick |
| Firm Name: | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| Address: | 901 New York Avenue, NW |
| City/State/Zip: | Washington, DC 20001 |
| Phone No.: | (202) 408-4000    Fax No: (202) 408-4400 |
| Email Address: | vince.kovalick@finnegan.com |

is admitted to practice pro hac vice as counsel for Plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to

the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June 20, 2008
New York, New York

_____
United States District/Magistrate Judge