UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and PHILIPS CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>THE ADS GROUP fka ADVANCE DUPLICATION SERVICES LLC, et al.<br><br>   Defendants. | 08-CV-04068-CLB-LMS<br><br>ECF Filed |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
<u>**OF MUSIC CITY OPTICAL MEDIA, INC.**</u>

 Music City Optical Media, Inc. ("Defendant"), through undersigned counsel and in compliance with Fed. R. Civ. P. 7.1. provides the following disclosure. Defendant is a privately and closely owned company whose stock is not publicly traded. No publicly-traded company owns 10% or more of its stock.

Date: June 25, 2008       Respectfully submitted,

               By: <u>s/David J. Eklund</u>
                  Robert E. Hanlon (RH-8794)
                  David J. Eklund (DE-1068)
                  ALSTON & BIRD LLP
                  90 Park Avenue
                  New York, NY 10016-1387
                  (212) 210-9400
                  (212) 210-9444 (fax)
                  Email: robert.hanlon@alston.com
                      david.eklund@alston.com

                Of Counsel:

                W. EDWARD RAMAGE (TN No. 16261)

- 2 -

BAKER, DONELSON,
BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee  37201
Phone:         (615) 726-5771
Facsimile:     (615) 544-5771
Email:
eramage@bakerdonelson.com

- 2 -