**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,** )<br><br>**Plaintiffs,** )<br><br>v. )<br><br>**THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC.; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100,** )<br><br>**Defendants.** ) | **Civ. Action No. 08-CV-04068 (CLB) (LMS)**<br><br>**ECF Filed** |

**DEFENDANTS JOHN EDGAR MOLL AND JOHN STEVEN MOLL'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(2)**

PLEASE TAKE NOTICE THAT on July 25, 2008 at 10:00 am or as soon thereafter as counsel may be heard, Defendants John Edgar and John Steven Moll (the "Molls") will present their MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) and 12(b)(2) before the

Honorable Charles L. Brieant in Courtroom 218 in the United States District Courthouse, 300 Quarropas St., Room 275, White Plains, New York.

In support of this Motion, the Molls submit and incorporate herein the Memorandum in Support of this Motion and Declarations of John E. Moll and John Steven Moll, submitted herewith, as well as the entire record in this cause.

Date: June 25, 2008                              Respectfully submitted,

By:   s/Robert E. Hanlon
           Robert E. Hanlon (RH-8794)
           David J. Eklund (DE-1068)
           ALSTON & BIRD LLP
           90 Park Avenue
           New York, NY  10016-1387
           (212) 210-9400
           (212) 210-9444 (fax)


Of Counsel:


W. EDWARD RAMAGE (TN No. 16261)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee  37201
Phone:        (615) 726-5771
Facsimile:    (615) 544-5771
Email:  eramage@bakerdonelson.com

*Attorneys for John Edgar Moll and John Steven Moll*