08cv4068 (CLB)

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the ANSWER OF MUSIC CITY OPTICAL MEDIA, INC. TO COMPLAINT, DEFENDANTS JOHN EDGAR MOLL AND JOHN STEVEN MOLL'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 12(b)(2), DECLARATION OF JOHN EDGAR MOLL, DECLARATION OF JOHN STEVEN MOLL, DEFENDANTS JOHN EDGAR MOLL AND JOHN STEVEN MOLL'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS, were served this 26th day of June, 2008 on counsel as follows:

    John F. Hornick
    Samuel C. Bass
    Vince P. Kovalick
    Finnegan Henderson Farabow Garrett & Dunner LLP
    901 New York Avenue, NW
    Washington, DC  20001-4413
    (via overnight mail)

    /s/ David J. Eklund
    David J. Eklund
    Alston & Bird LLP
    90 Park Avenue
    New York, New York 10016-1387
    (212) 210 9503 (phone)
    (212) 210-9444 (facsimile)
    david.eklund@alston.com