UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4068 (CLB) |
| v. | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | **RULE 7.1 STATEMENT** |
| Defendants and Counterclaim Plaintiffs. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for a private, non-governmental corporate party, <u>The ADS Group and Hudson Valley Capital Partners,</u> certifies that there are no corporate parents, subsidiaries or affiliates of that party which are publicly held.

                                        COOPER & DUNHAM LLP

Date:  June 26, 2008                 By:  s/ Ivan S. Kavrukov
                                          Ivan Kavrukov (IK-4452)
                                          William E. Pelton (WP-1850)
                                          Tonia A. Sayour (TS-7208)
                                          Gregory J. Carbo (GC-8459)
                                          1185 Avenue of the Americas
                                          New York, New York 10036
                                          Tel:  (212) 278-0400
                                          Fax:  (212) 391-7550
                                          ikavrukov@cooperdunham.com
                                          gcarbo@cooperdunham.com

                                          Attorneys for Defendants The ADS Group, and Hudson Valley Capital Partners, Inc.