UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4068 (CLB) |
| v. | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | **RULE 7.1 STATEMENT** |
| Defendants and Counterclaim Plaintiffs. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for a private, non-governmental corporate party, American Media International, Ltd., certifies that there are no corporate parents, subsidiaries or affiliates of that party which are publicly held.

COOPER & DUNHAM LLP

Date:  June 26, 2008               By:  s/ Ivan S. Kavrukov
                                                  Ivan Kavrukov (IK-4452)
                                                  William E. Pelton (WP-1850)
                                                  Tonia A. Sayour (TS-7208)
                                                  Gregory J. Carbo (GC-8459)
                                                  1185 Avenue of the Americas
                                                  New York, New York 10036
                                                  Tel:  (212) 278-0400
                                                  Fax:  (212) 391-7550
                                                  ikavrukov@cooperdunham.com
                                                  gcarbo@cooperdunham.com

                                                  Attorneys for Defendants American Media International, Ltd.