UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4068 (CLB) |
| v. | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | **RULE 7.1 STATEMENT** |
| Defendants and Counterclaim Plaintiffs. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for a private, non-governmental corporate party, <u>Zomax Incorporated, Inoveris LLC, Metatec International, Inc., MTI Acquisition LLC, and The ComVest Group,</u> certifies that there

are no corporate parents, subsidiaries or affiliates of those parties which are publicly held, except **INOmax**.

                                              COOPER & DUNHAM LLP

Date:  June 26, 2008                     By: s/ Ivan S. Kavrukov
                                              Ivan Kavrukov (IK-4452)
                                              William E. Pelton (WP-1850)
                                              Tonia A. Sayour (TS-7208)
                                              Gregory J. Carbo (GC-8459)
                                              1185 Avenue of the Americas
                                              New York, New York 10036
                                              Tel:  (212) 278-0400
                                              Fax:  (212) 391-7550
                                              ikavrukov@cooperdunham.com
                                              gcarbo@cooperdunham.com

                                              Attorneys for Defendants Zomax Incorporated and Inoveris LLC, Metatec International, Inc., MTI Acquisition, and The ComVest Group.