UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | : | |
| Plaintiffs, | : | Civil Action No.08-cv-4068 (CLB) |
| | : | |
| v. | : | ECF Case |
| | : | |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | : | **RULE 7.1 STATEMENT** |
| Defendants and Counterclaim Plaintiffs. | : | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for a private, non-governmental corporate party, Carbonite, Inc., certifies that there are

no corporate parents, subsidiaries or affiliates of those parties which are publicly held.

COOPER & DUNHAM LLP


Date:   June 26, 2008                By:  s/ Ivan S. Kavrukov
                                         Ivan Kavrukov (IK-4452)
                                         William E. Pelton (WP-1850)
                                         Tonia A. Sayour (TS-7208)
                                         Gregory J. Carbo (GC-8459)
                                         1185 Avenue of the Americas
                                         New York, New York 10036
                                         Tel:  (212) 278-0400
                                         Fax:  (212) 391-7550
                                         ikavrukov@cooperdunham.com
                                         gcarbo@cooperdunham.com

                                         Attorneys for Defendant Carbonite Inc.