IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4068 (CLB) |
| v. | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | |
| Defendants and Counterclaim Plaintiffs. | |

**JOINT NOTICE OF MOTION AND MOTION TO DISMISS**
**PATENT INFRINGEMENT CLAIMS AGAINST CUSTOMERS**

PLEASE TAKE NOTICE that defendants Carbonite Inc. ("Carbonite"), Hal Leonard Corp. ("Hal Leonard") and Intuit Inc. ("Intuit") will respectfully move this Court on July 25, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse at 300 Quarropas Street in White Plains, New York, before the Honorable Charles L.

1

Brieant, United States District Judge, for an Order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure granting their motion to dismiss the Second Count of the First Amended Complaint and granting such other and further relief as the Court may deem just and proper.

This motion is based upon the accompanying Joint Memorandum of Law in support of this Motion and the exhibit attached thereto and all the pleadings to date.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1, opposing papers, if any, must be served on the undersigned counsel on or before July 14, 2008, and reply papers, if any, will be served on July 24, 2008.

                                                Respectfully submitted,

                                                COOPER & DUNHAM LLP

Dated: June 26, 2008                 /s/ Ivan S. Kavrukov
                                                Ivan Kavrukov (IK 4452)
                                                William E. Pelton (WP 1850)
                                                Tonia A. Sayour (TS 7208)
                                                Gregory J. Carbo (GC 8459)
                                                1185 Avenue of the Americas
                                                New York, New York 10036
                                                Tel: (212) 278-0400
                                                Fax: (212) 391-7550
                                                wpelton@cooperdunham.com
                                                ikavrukov@cooperdunham.com
                                                tsayour@cooperdunham.com
                                                gcarbo@cooperdunham.com

Case 7:08-cv-04068-CS-GAY     Document 39     Filed 06/26/2008     Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2008, I electronically filed the foregoing **JOINT NOTICE OF MOTION AND MOTION TO DISMISS PATENT INFRINGEMENT CLAIMS AGAINST CUSTOMERS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Edward D. Johnson
> MAYER BROWN LLP
> Two Palo Alto Square, Suite 300
> 3000 El Camino Real
> Palo Alto, California 94306-2112
> wjohnson@mayerbrown.com
>
> Vince P. Kovalick
> John F. Hornick
> Samuel C. Bass
> FINNEGAN, HENDERSON, FARABOW,
> GARRETT & DUNNER, L.L.P.
> 901 New York Avenue, N.W.
> Washington, D.C. 20001
> vince.kovalick@finnegan.com
> John.Hornick@finnegan.com
> Samuel.Bass@finnegan.com
>
> Christopher J. Houpt
> MAYER BROWN LLP
> 1675 Broadway
> New York, New York 10019
> choupt@mayerbrown.com

    /s/ Ivan S. Kavrukov
    Ivan S. Kavrukov

3