UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC, *et al.*,<br><br>Defendants. | Civil Action No. 08-CV-4068 (CLB)<br>ECF Case |

### DEFENDANT INTUIT INC.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the judges of the Southern District of New York to evaluate possible disqualification or recusal, Defendant Intuit Inc. ("Intuit") certifies that it does not have a parent corporation and that no publicly held corporation owns 10% or more of Intuit's stock.

WEST\21455018.1                                      1

Dated: June 27, 2008                DLA Piper US LLP


By   s/ Mark W. Rueh
   Mark W. Rueh
   DLA Piper US LLP
   1251 Avenue of the Americas, 27th Floor
   New York, NY 10020-1104
   Tel: 212.335.4500
   Fax: 212.335.4501
   mark.rueh@dlapiper.com

   Arthur S. Beeman
   (*pro hac vice* application pending)
   Pamela K. Fulmer
   (*pro hac vice* application pending)
   Robert Buergi
   (*pro hac vice* application pending)
   DLA Piper US LLP
   153 Townsend Street, Suite 800
   San Francisco, CA 94107-1957
   Tel: 415.836.2500
   Fax: 415.836.2501
   arthur.beeman@dlapiper.com
   pam.fulmer@dlapiper.com
   robert.buergi@dlapiper.com

   Attorneys for Defendant Intuit Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiffs,

v.

THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC, *et al.*,

Defendants.

Civil Action No. 08-CV-4068 (CLB)
ECF Case

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK    )
                     )SS:
COUNTY OF NEW YORK   )

      I, Mark W. Rueh, a member of the Bar of this Court, hereby certify that on Friday, June 27, 2008, I caused to be served upon:

Ivan Kavrukon
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036

Michael F. Hardwick
The ADS Group
2155 Niagara Lane North
Plymouth, Minnesota 55447

Eva-Tone, Inc.
4801 Ulmerton Road
Clearwater, Florida 33762

W. Edward Ramage
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201

WEST\21455640.1        1

Malaco Entertainment LLC
3023 West Northside Drive
P.O. Box 9287
Jackson, Mississippi 39213

David A. Silvon
5339 Monticello Hall Drive
Columbus, Ohio 43221

By UPS Overnight Mail a true copy of **DEFENDANT INTUIT INC.'S RULE 7.1 STATEMENT.**

| | |
|---|---|
| New York, New York<br>Dated:<br>June 27, 2008 | DLA Piper US LLP<br><br>By  s/ Mark W. Rueh<br>　　Mark W. Rueh<br>　　DLA Piper US LLP<br>　　1251 Avenue of the Americas, 27th Floor<br>　　New York, NY 10020-1104<br>　　Tel: 212.335.4500<br>　　Fax: 212.335.4501<br>　　mark.rueh@dlapiper.com<br><br>　　Arthur S. Beeman<br>　　(*pro hac vice* application pending)<br><br>　　Pamela K. Fulmer<br>　　(*pro hac vice* application pending)<br><br>　　Robert Buergi<br>　　(*pro hac vice* application pending)<br><br>　　DLA Piper US LLP<br>　　153 Townsend Street, Suite 800<br>　　San Francisco, CA 94107-1957<br>　　Tel: 415.836.2500<br>　　Fax: 415.836.2501<br>　　arthur.beeman@dlapiper.com<br>　　pam.fulmer@dlapiper.com<br>　　robert.buergi@dlapiper.com<br><br>　　Attorneys for Defendant Intuit Inc. |