UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC, *et al.*,<br><br>Defendants. | **Notice of Appearance**<br><br>Civil Action No. 08-CV-4068 (CLB)<br>ECF Case |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Mark W. Rueh, Esq., DLA Piper US LLP; 1251 Avenue of the Americas, 27th Floor; New York, New York 10020-1104, as counsel for defendant Intuit Inc. in the above-entitled action.

Dated:  June 27, 2008

DLA Piper US LLP

By   s/ Mark W. Rueh
Mark W. Rueh
DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501
mark.rueh@dlapiper.com