UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
KONINKLIJKE PHILIPS ELECTRONICS N.V.,  
U.S. PHILIPS CORPORATION,  
                          Plaintiff,

         - against -

THE ADS GROUP, et al.,

                       Defendant.  
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE**

08 Civ. 4967 (CLB) (LMS)

      The above entitled action is referred to the Hon. Lisa Margaret Smith, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____  
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

_X_ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____  
    _____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
           July 1, 2008

*Charles L. Brieant*  
_____  
United States District Judge