IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | : : : | |
| Plaintiffs, | : : | Civil Action No.08-cv-4068 (CLB) (LMS) |
| v. | : : | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | : : : : : : : : : : : : : : : : : : | **DEFENDANT INTUIT INC.'S NOTICE OF WITHDRAWAL FROM MOTION** |
| Defendants and Counterclaim Plaintiffs. | : : : | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Intuit Inc. ("Intuit"), by and through the undersigned, hereby withdraws from the June 26, 2008, Joint Motion To Dismiss Patent Infringement Claims Against Customers (Dkt # 39), and withdraws its June 26, 2008, Rule 7.1 Corporate Disclosure Statement (Dkt # 38) in the above-

- 2 -

captioned proceeding without prejudice.  A hearing date on the Motion to Dismiss has

not been scheduled.

Respectfully submitted,

COOPER & DUNHAM LLP

Dated:  July 2, 2008                                      /s/ Ivan Kavrukov
                                                      Ivan Kavrukov (IK 4452)
                                                      William E. Pelton (WP 1850)
                                                      Tonia A. Sayour (TS 7208)
                                                      Gregory J. Carbo (GC 8459)
                                                      1185 Avenue of the Americas
                                                      New York, New York 10036
                                                      Tel:  (212) 278-0400
                                                      Fax:  (212) 391-7550
                                                      wpelton@cooperdunham.com
                                                      ikavrukov@cooperdunham.com
                                                      tsayour@cooperdunham.com
                                                      gcarbo@cooperdunham.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2008, I electronically filed the foregoing **DEFENDANT INTUIT INC.'S NOTICE OF WITHDRAWAL FROM MOTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
wjohnson@mayerbrown.com

Vince P. Kovalick
John F. Hornick
Samuel C. Bass
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
vince.kovalick@finnegan.com
John.Hornick@finnegan.com
Samuel.Bass@finnegan.com

Christopher J. Houpt
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
choupt@mayerbrown.com

Mark Walter Rueh
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020
Email: mark.rueh@dlapiper.com

/s/ Ivan Kavrukov
Ivan S. Kavrukov

- 3 -