IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4068 (CLB) (LMS) |
| v. | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | |
| Defendants and Counterclaim Plaintiffs. | |

To the Clerk of the Court and all parties of record:

**APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT INTUIT INC.**

Ivan Kavrukov, an attorney of record for defendant Intuit Inc. ("Intuit") respectfully applies for leave to withdraw from this case pursuant to Local Civil Rule 1.4 and for an Order granting such leave.

1

The undersigned represents, *inter alia*, defendants Inoveris and Zomax, who are alleged to have supplied defendant Intuit with the allegedly infringing products. The undersigned seeks to withdraw as attorney of record because Intuit is being represented by DLA Piper US LLP. An attorney from DLA Piper US LLP, Mark Walter Rueh, has filed an appearance on June 26, 2008 (Dkt # 43) as well as an Answer and Rule 7.1 statement on behalf of Intuit (Dkts #42, #41), and will serve as counsel of record for defendant Intuit.

This case is currently in its initial stages. Plaintiffs reply to Intuit's counterclaims, which were filed by DLA Piper US LLP, are due on July 21, 2008. No hearings or conferences are currently scheduled before the Court.

                                                Respectfully submitted,

                                                COOPER & DUNHAM LLP

Dated: July 2, 2008                       /s/ Ivan Kavrukov
                                                Ivan Kavrukov (IK 4452)
                                                William E. Pelton (WP 1850)
                                                Tonia A. Sayour (TS 7208)
                                                Gregory J. Carbo (GC 8459)
                                                1185 Avenue of the Americas
                                                New York, New York 10036
                                                Tel: (212) 278-0400
                                                Fax: (212) 391-7550
                                                wpelton@cooperdunham.com
                                                ikavrukov@cooperdunham.com
                                                tsayour@cooperdunham.com
                                                gcarbo@cooperdunham.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of July, 2008, a copy of the foregoing **APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT INTUIT INC** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Christopher J. Houpt
      MAYER BROWN LLP
      1675 Broadway
      New York, New York 10019
      choupt@mayerbrown.com

      Edward D. Johnson
      MAYER BROWN LLP
      Two Palo Alto Square, Suite 300
      3000 El Camino Real
      Palo Alto, California 94306-2112
      wjohnson@mayerbrown.com

      Mark Walter Rueh
      DLA Piper US LLP (NY)
      1251 Avenue of the Americas
      New York, NY 10020
      Email: mark.rueh@dlapiper.com

and was served by email and by First Class Mail, postage prepaid, on the following attorneys for plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, addressed as follows:

      Vince P. Kovalick
      John F. Hornick
      Samuel C. Bass
      FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
      901 New York Avenue, N.W.
      Washington, D.C. 20001
      vince.kovalick@finnegan.com
      John.Hornick@finnegan.com
      Samuel.Bass@finnegan.com

      /s/ Ivan Kavrukov
      Ivan S. Kavrukov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and U.S. PHILIPS CORPORATION,

      Plaintiffs,

v.

THE ADS GROUP fka ADVANCED
DUPLICATION SERVICES LLC; AMERICAN
MEDIA INTERNATIONAL, LTD.;
CARBONITE INC.; THE COMVEST GROUP;
CONCORD RECORDS, INC.; CONCORD
MUSIC GROUP, INC; EVA-TONE, INC.;
HAL LEONARD CORP.; HUDSON VALLEY
CAPITAL PARTNERS, INC.; INOVERIS LLC;
INTUIT INC.; METATEC INTERNATIONAL,
INC.; MTI ACQUISITION LLC aka MTI
ACQUISITION CORP.; MUSIC CITY OPTICAL
MEDIA, INC.; ZOMAX INCORPORATED;
MICHAEL F. HARDWICK, an individual; ARUN
KHURANA, an individual; JEAN A. LAGOTTE
JR., an individual; JOHN EDGAR MOLL, an
individual, JOHN STEVEN MOLL, an individual;
DAVID A. SILVON, an individual; and John Does
No. 1 through 100

      Defendants and
      Counterclaim Plaintiffs.

Civil Action No.08-cv-4068
(CLB) (LMS)

ECF Case

## AFFIDAVIT OF IVAN KAVRUKOV IN SUPPORT OF HIS APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT INTUIT INC.

Ivan Kavrukov, being duly sworn, hereby deposes and says as follows:

1. I, as an attorney with the law firm Cooper & Dunham LLP, was retained by defendant Zomax Incorporated ("Zomax"), a replicator of Compact Discs ("CDs"), to represent them as counsel in this action.

1

2. Intuit Inc. ("Intuit") has been accused of patent infringement for selling CDs which it purchased from Zomax. Zomax has offered to indemnify Intuit and take over the defense of the above-captioned action on their behalf by retaining the undersigned to represent both Zomax and Intuit in this matter.

3. As Intuit has obtained counsel to represent it independently of Zomax, and at Intuit's request, I now seek to withdraw as attorney of record for Intuit. Attorneys from DLA Piper US LLP, who have already filed appearances as well as an Answer to the plaintiffs' Amended Complaint, will continue to serve as Intuit's counsel of record.

4. My withdrawal should in no way prejudice or inconvenience the parties to this action or impede judicial efficiency.

_____
Ivan Kavrukov

Sworn to and subscribed before
me this 2nd day of July, 2008

_____
Notary Public

BARBARA IANNACCI
NOTARY PUBLIC, State of New York
No. 4689383
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Sept. 30, 2009

My commission expires 9-30-09.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of July, 2008, a copy of the foregoing **AFFIDAVIT OF IVAN KAVRUKOV IN SUPPORT OF HIS APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT INTUIT INC** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Christopher J. Houpt
    MAYER BROWN LLP
    1675 Broadway
    New York, New York 10019
    choupt@mayerbrown.com

    Edward D. Johnson
    MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
    3000 El Camino Real
    Palo Alto, California 94306-2112
    wjohnson@mayerbrown.com

    Mark Walter Rueh
    DLA Piper US LLP (NY)
    1251 Avenue of the Americas
    New York, NY 10020
    Email: mark.rueh@dlapiper.com

and was served by email and by First Class Mail, postage prepaid, on the following attorneys for plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, addressed as follows:

    Vince P. Kovalick
    John F. Hornick
    Samuel C. Bass
    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    vince.kovalick@finnegan.com
    John.Hornick@finnegan.com
    Samuel.Bass@finnegan.com

    /s/ Ivan Kavrukov
    Ivan S. Kavrukov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | : : : | |
| Plaintiffs, | : : | Civil Action No.08-cv-4068 (CLB) (LMS) |
| v. | : : | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | : : : : : : : : : : : : : : | |
| Defendants and Counterclaim Plaintiffs. | : : : | |

**[PROPOSED ORDER]**

The Application of Ivan Kavrukov for leave to withdraw as counsel of record for defendant Intuit Inc. is hereby granted.

- 2 -

It is hereby ORDERED that Ivan Kavrukov is hereby relieved from all obligations associated with the representation of defendant Intuit Inc. in the above case.

SO ORDERED

Dated: _____

Hon. Lisa M. Smith
U.S.M.J.