## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of July, 2008, a copy of the foregoing **DEFENDANT INTUIT INC.'S NOTICE OF WITHDRAWAL FROM MOTION** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Christopher J. Houpt
        MAYER BROWN LLP
        1675 Broadway
        New York, New York 10019
        choupt@mayerbrown.com

        Edward D. Johnson
        MAYER BROWN LLP
        Two Palo Alto Square, Suite 300
        3000 El Camino Real
        Palo Alto, California 94306-2112
        wjohnson@mayerbrown.com

        Mark Walter Rueh
        DLA Piper US LLP (NY)
        1251 Avenue of the Americas
        New York, NY 10020
        Email: mark.rueh@dlapiper.com

and was served by email and by First Class Mail, postage prepaid, on the following attorneys for plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, addressed as follows:

        Vince P. Kovalick
        John F. Hornick
        Samuel C. Bass
        FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
        901 New York Avenue, N.W.
        Washington, D.C. 20001
        vince.kovalick@finnegan.com
        John.Hornick@finnegan.com
        Samuel.Bass@finnegan.com

                    /s/ Ivan Kavrukov
                    Ivan S. Kavrukov