UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

July 2, 2008

## SCHEDULING ORDER
08CV 4068(CLB)(LMS)

**Christopher James Houpt**
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**Edward David Johnson**
Mayer Brown, LLP(CA)
Two Palo Alto Square
3000 El Camino Real
Suite 300
Palo Alto, CA 94306-2122

**John F. Hornick, Samuel C. Bass, Vince P. Kovalick**
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**Ivan S. Kavrukov**
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036

**Douglas John Nash, John Donald Cook**
Hiscock & Barclay, LLP (300 South State St)
One Park Place
300 South State Street
Syracuse, NY 13202

**Mark Walter Rueh**
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

**Robert Eliot Hanlon**
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016

The matter of **KONINKLIJKE -V- THE ADS GROUP** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **August 14, 2008** at 9:30 AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:

_____
Hon. Lisa Margaret Smith
U.S.M.J.