| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>KONINKLIJKE,<br><br>                              Plaintiff,<br><br>        - against -<br><br>THE ADS,<br>                              Defendant.<br>------------------------------------------------------------X | Rev. 9/03<br><br><br><br>**A M E N D E D**<br>**ORDER OF REFERENCE**<br>**TO A MAGISTRATE JUDGE**<br><br>08 Civ. 4068 (CLB)(GAY) |

The above entitled action is referred to the Hon. _____, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:*<br><br>_____<br>_____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose of _____ |
| ___ Settlement* | ___ Habeas Corpus<br><br>___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _X_ All Purposes | Particular Motion:_____<br>_____<br><br>All such motions: ____ |

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
       July 7, 2008

*Charles L. Brieant*

_____
United States District Judge