ORIGINAL

SCANNED 7/3/08 ama

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and PHILIPS CORPORATION,

        Plaintiffs,

- against -                              08-cv-04068-CLB

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al
        Defendants.                **MOTION TO ADMIT COUNSEL**
        **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David Eklund, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Edward Ramage |
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 211 Commerce Street |
| City/State/Zip: | Nashville, TN 37201 |
| Phone Number: | (615) 726-5771 |
| Fax Number: | (615) 744-5771 |

Edward Ramage is a member in good standing of the Bar of the State of Tennessee.

There are no pending disciplinary proceedings against Edward Ramage in any State or Federal court.

Dated: 7/2/2008
City, State: New York, NY

Respectfully Submitted,

David Eklund

Sponsor's
SDNY Bar       DE 1068
Firm Name:     Alston & Bird LLP
Address:       90 Park Avenue
City/State/Zip: New York, NY 10016
Phone Number:  (212) 210-9503
Fax Number:    (212) 210-9444

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

SDNY Form Web 10/2006
LEGAL02/30854649v2

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and PHILIPS CORPORATION,

           Plaintiffs,

- against -                                    08-cv-04068-CLB

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al

           Defendants.                **AFFIDAVIT OF**
                                                      **DAVID EKLUND**
                                                       **IN SUPPORT OF MOTION**
                                                       **TO ADMIT COUNSEL**
                                                       **PRO HAC VICE**

State of New York    )
                          ) ss:
County of New York )

David Eklund, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendants' motion to admit Edward Ramage as counsel pro hac vice to represent defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 27, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Edward Ramage since 2007.

4. Mr. Ramage is a shareholder at Baker, Donelson, Bearman, Caldwell & Berkowitz PC, in Nashville, Tennessee, and Washington, D.C.

5. I have found Mr. Ramage to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Edward Ramage, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Edward Ramage, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Edward Ramage, pro hac vice, to represent the defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll in the above captioned matter, be granted.

Dated: 7/2/08
City, State: New York, NY

Notarized:
YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010

Respectfully submitted,

Name of Movant: David Eklund
SDNY Bar Code: DE 1068

SDNY Form Web 10/2006

LEGAL02/30854649v2

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and PHILIPS CORPORATION,

        Plaintiffs,

- against -                                        08-cv-04068-CLB

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al                                **ORDER FOR ADMISSION**
        Defendants.                        **PRO HAC VICE**
                                                                                      **ON WRITTEN MOTION**

Upon the motion of David Eklund attorney for defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edward Ramage |
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 211 Commerce Street |
| City/State/Zip: | Nashville, TN 37201 |
| Phone Number: | (615) 726-5771 |
| Fax Number: | (615) 744-5771 |
| Email Address: | eramage@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                                                United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#

SDNY Form Web 10/2006

LEGAL02/30854649v2



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY that **WAYNE EDWARD RAMAGE** was duly admitted to practice in said Court on **February 10, 1994**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on June 6, 2008



KEITH THROCKMORTON, CLERK

By 
Deputy Clerk

# The State of Tennessee

## Judicial Department
## Supreme Court

On Motion of Joseph N. Barker it is ordered by the Court that Wayne Edward Ramsey, a regularly licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, be enrolled as an attorney of this Court.

I, Cecil Crowson, Jr., Clerk of said Court, certify that the foregoing is a true, perfect and complete copy of the order of enrollment of said Court.

In Testimony Whereof, I hereunto set my hand and affix the seal of the Court, at the Supreme Court Building in Nashville on this the 25th day of October, 1993.



Cecil Crowson, Jr.
Clerk of the Supreme Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and PHILIPS CORPORATION,

                                        Plaintiffs,

- against -                                                          08-cv-04068-CLB

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al

                                        Defendants.

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

Yolanda Sanchez, being duly sworn, deposes and says that I am employed in the office of Alston & Bird LLP attorneys for defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll. and that on July 2, 2007, I served a true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of David Eklund in Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

**Christopher James Houpt**
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**Edward David Johnson**
Mayer Brown, LLP(CA)
Two Palo Alto Square
3000 El Camino Real
Suite 300
Palo Alto, CA 94306-2122

**John F. Hornick**
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**Vince P. Kovalick**
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

**Ivan S. Kavrukov**
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036

**Douglas John Nash**
Hiscock & Barclay, LLP (300 South State St)
One Park Place
300 South State Street
Syracuse, NY 13202

**John Donald Cook**
Hiscock & Barclay, LLP
221 South Warren Street
Syracuse, NY 13221

**Mark Walter Rueh**
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

_____
Yolanda Sanchez

Sworn to before me this 2 day of
July 2008.

_____
Notary Public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20___