IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100<br><br>        Defendants and<br>        Counterclaim Plaintiffs. | Civil Action No. 08-cv-4068<br>(CLB) (~~LMS~~ (GAY))<br><br>ECF Case<br><br> |

[~~PROPOSED~~ ORDER]

The Application of Ivan Kavrukov for leave to withdraw as counsel of record for defendant Intuit Inc. is hereby granted.

It is hereby ORDERED that Ivan Kavrukov is hereby relieved from all obligations associated with the representation of defendant Intuit Inc. in the above case.

Dated: 7/7/08

SO ORDERED

_____
Hon. Lisa M. Smith
U.S.M.J.

George A. Yanthis