UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 08 CIV 4068
FILED ON APRIL 30, 2008

**KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,**

*Plaintiff(s)/Petitioner(s)*

vs

**THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.**

*Defendant(s)/Respondent(s)*

**AFFIDAVIT OF SERVICE**

State of California, County of Orange, SS.:

David Laneaux, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Orange, CA. On June 23, 2008 at 9:54 AM, at 100 N. CRESCENT DR., NO. 275, BEVERLY HILLS, CA 90210, deponent served the within Summons In A Civil Case and Amended Complaint, Order for Court Conference, Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith on: CONCORD RECORDS INC.

Defendant (herein called recipient) therein named, upon which the Index No. and the date of filing were clearly visible on said Summons In A Civil Case and Amended Complaint.

**INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**SUITABLE AGE PERSON** ☒ By delivering a true copy of each to Kesha Palmer personally, a person of suitable age and discretion. Deponent asked said individual if they were able to accept on behalf of said recipient and they responded with an affirmative. Said premises is recipient's [X] actual place of business [ ] dwelling house or usual place of abode within the state.

**AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there: on the ___ day of ___ at ___; on the ___ day of ___ at ___; on the ___ day of ___ at ___.

**MAILING COPY** ☐ Deponent also enclosed a copy of the said document(s) in a postpaid sealed wrapper, First Class Mail, marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the recipient(s). Said envelope was properly addressed to recipient at recipient's last known address at 100 N. CRESCENT DR., NO. 275, BEVERLY HILLS, CA 90210 and deposited the same in a post office under exclusive care and custody of the United States Postal Service within New York State on ___.

**DESCRIPTION** ☒ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: F  Color of skin: Black  Color of hair: Black  Age: 28  Height: 5'5"
Weight: 130  Other: ___

**WIT. FEES** ☐ ___ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**MILITARY SERVICE**
☐ Deponent asked the person spoken to whether he/she was presently in the military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.
☐ Deponent asked the person spoken to, ___, whether the recipient was in active military service of the United States Government or of the State of New York in any capacity whatever and received a negative reply.
☐ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this 9 day of July 2008

*TamaraMorales*

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011

David Laneaux
Server's Lic. # 1032
Affidavit # 10001466

ATTORNEY: Mayer Brown LLP, Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820  File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*