UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KONINKLIJKE PHILIPS ELECTRONICS N.V.** and **U.S. PHILIPS CORPORATION,**<br><br>*Plaintiffs*,<br><br>-*vs*-<br><br>**THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC,** *et al.*,<br><br>*Defendants*. | **NOTICE OF WITHDRAWAL AS COUNSEL**<br><br>Civil Action No. 7:08-cv-04068 (CLB)<br>(ECF Case) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby gives notice of his withdrawal as counsel to defendant Carbonite Inc. in connection with the above-captioned matter. Ivan S. Kavrukov of Cooper & Dunham LLP has entered his appearance as successor counsel to defendant Carbonite Inc. in connection with the above-captioned matter.

**DATED:**   July 10, 2008                **HISCOCK & BARCLAY, LLP**

By:   s/ Douglas J. Nash
      Douglas J. Nash (DN3995)

Office and Post Office Address
One Park Place
300 S. State Street
Syracuse, New York 13202-2078
Telephone (315) 425-2828
Facsimile (315) 703-7364
Email dnash@hiscockbarclay.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2008, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court via the CM/ECF system, which sent notification of such filing to the following:

Christopher James Houpt  choupt@mayerbrown.com, jmarsala@mayerbrown.com

Edward Ramage  eramage@bakerdonelson.com

Edward David Johnson  wjohnson@mayerbrownrowe.com, msamora@mayerbrown.com

Ivan S. Kavrukov  ikavrukov@cooperdunham.com

Mark Walter Rueh  mark.rueh@dlapiper.com

Robert Eliot Hanlon  rhanlon@alston.com, plewis@alston.com

  And I hereby certify that I caused a copy of the foregoing document to be served on the non-CM/ECF Participants listed below by first class mail, postage prepaid:

John F. Hornick
Samuel C. Bass
Vince P. Kovalick
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413


                    s/ Douglas J. Nash
                     Douglas J. Nash