UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KONINKLIJKE PHILIPS ELECTRONICS N.V.** and **U.S. PHILIPS CORPORATION,**<br><br>                    *Plaintiffs*,<br><br>          -*vs*-<br><br>**THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC,** *et al.*,<br><br>                    *Defendants*. | NOTICE OF WITHDRAWAL AS COUNSEL<br><br>Civil Action No. 7:08-cv-04068<br>(CLB)<br>(ECF Case) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby gives notice of his withdrawal as counsel to defendant Carbonite Inc. in connection with the above-captioned matter.  Ivan S. Kavrukov of Cooper & Dunham LLP has entered his appearance as successor counsel to defendant Carbonite Inc. in connection with the above-captioned matter.

**DATED:**      July 10, 2008             **HISCOCK & BARCLAY, LLP**


                                                                       By:        s/ John D. Cook
                                                                               John D. Cook (JC2885)

                                                                       Office and Post Office Address
                                                                       One Park Place
                                                                       300 S. State Street
                                                                       Syracuse, New York 13202-2078
                                                                       Telephone (315) 425-2885
                                                                       Facsimile (315) 703-7353
                                                                       Email jcook@hiscockbarclay.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2008, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court via the CM/ECF system, which sent notification of such filing to the following:

Christopher James Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com

Edward Ramage    eramage@bakerdonelson.com

Edward David Johnson    wjohnson@mayerbrownrowe.com, msamora@mayerbrown.com

Ivan S. Kavrukov    ikavrukov@cooperdunham.com

Mark Walter Rueh    mark.rueh@dlapiper.com

Robert Eliot Hanlon    rhanlon@alston.com, plewis@alston.com

      And I hereby certify that I caused a copy of the foregoing document to be served on the non-CM/ECF Participants listed below by first class mail, postage prepaid:

John F. Hornick  
Samuel C. Bass  
Vince P. Kovalick  
Finnegan Henderson Farabow Garrett & Dunner LLP  
901 New York Avenue, NW  
Washington, DC 20001-4413

                                                s/ John D. Cook  
                                                  John D. Cook