SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

KONINKLIJKE PHILIPS ELECTRONICS
N.V. and PHILIPS CORPORATION,

        Plaintiffs,

- against -

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al

        Defendants.

08-cv-04068-CLB

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David Eklund attorney for defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edward Ramage |
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 211 Commerce Street |
| City/State/Zip: | Nashville, TN 37201 |
| Phone Number: | (615) 726-5771 |
| Fax Number: | (615) 744-5771 |
| Email Address: | eramage@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for defendants Music City Optical Media, Inc., John Edgar Moll and John Steven Moll in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 14, 2008
City, State: White Plains, NY

                                      Charles L. Brieant
                                  United States District ~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $      SDNY RECEIPT#

SDNY Form Web 10/2006

LEGAL02/30854649v2