UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4068 (CLB) |
| v. | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | **NOTICE OF APPEARANCE** |
| Defendants and Counterclaim Plaintiffs. | |

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Gregory J. Carbo, Esq., Cooper & Dunham LLP, 1185 Avenue of the Americas, New York, New York 10036, as counsel for defendants The ADS Group; American Media International, Ltd.; Carbonite Inc.; The Comvest Group; Hal Leonard Corp.; Hudson Valley Capital Partners, Inc.; Inoveris LLC; Metatec International, Inc.; MTI

Acquisition LLC; Zomax Incorporated; Arun Khurana; Jean A. Lagotte Jr.; and David A. Silvon in the above-entitled action.

                                          COOPER & DUNHAM LLP

Date:  July 15, 2008                By: s/ Gregory J. Carbo
                                          Gregory J. Carbo (GC-8459)
                                          1185 Avenue of the Americas
                                          New York, New York 10036
                                          Tel:  (212) 278-0400
                                          Fax:  (212) 391-7550
                                          gcarbo@cooperdunham.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 15th day of July, 2008, a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Christopher J. Houpt
>MAYER BROWN LLP
>1675 Broadway
>New York, New York 10019
>choupt@mayerbrown.com
>
>Edward D. Johnson
>MAYER BROWN LLP
>Two Palo Alto Square, Suite 300
>3000 El Camino Real
>Palo Alto, California 94306-2112
>wjohnson@mayerbrown.com

and was served by email and by First Class Mail, postage prepaid, on the following attorneys for plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, addressed as follows:

>Vince P. Kovalick
>John F. Hornick
>Samuel C. Bass
>FINNEGAN, HENDERSON, FARABOW,
>GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>vince.kovalick@finnegan.com
>John.Hornick@finnegan.com
>Samuel.Bass@finnegan.com

                                                                                    s/ Gregory J. Carbo
                                                                                     Gregory J. Carbo