UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION,

    Plaintiffs,

v.

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al.,

    Defendants.

-----------------------------------------------------------------x

Civil Action No. 08-CV-4068
(CLB) (LMS)
ECF Case

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

    PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Mark Rueh, a member of DLA Piper US LLP, a Member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of Arthur S. Beeman of DLA Piper US LLP, 153 Townsend Street, San Francisco, California 94107 (telephone no.: 415-836-2500; facsimile no.: 415-836-2501).

    Arthur S. Beeman is a member in good standing of the bars of the states of California, Minnesota, Ohio, and Kentucky. There are no disciplinary proceedings against Arthur S. Beeman pending in any State or Federal Court.

Dated: New York, New York

    July 15, 2008

                                      Respectfully submitted,
                                      DLA PIPER US LLP

                                      By: _____
                                      Mark Rueh
                                      1251 Avenue of the Americas
                                      New York, New York 10020
                                      Tel: (212) 335-4500
                                      Fax: (212) 335-4501
                                      mark.rueh@dlapiper.com
                                      *Attorneys for Defendant Intuit, Inc.*

NEWY1\8260467.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>       Plaintiffs,<br>v.<br>THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC, et al.,<br><br>       Defendants. | Civil Action No. 08-CV-4068 (CLB) (LMS)<br>ECF Case<br><br>**AFFIDAVIT OF MARK RUEH IN SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>** |

-----------------------------------------------------------------x

STATE OF NEW YORK       )
                                            ) ss:
COUNTY OF NEW YORK  )

Mark Rueh, being duly sworn, deposes and says as follows:

1.   I am a member of DLA Piper US LLP ("DLA Piper"), attorneys in the captioned action for Defendant Intuit Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Arthur S. Beeman as counsel *pro hac vice* to represent Defendant in this matter.

2.   I am a member in good standing of the bar of the state of New York, and was admitted to practice in law in New York in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

3.   I have known Arthur S. Beeman since June 23, 2008.

4.  Mr. Beeman is a Partner at DLA Piper US LLP, in San Francisco, California and is a member in good standing of the bars of California, Minnesota, Ohio, and Kentucky, as indicated in Exhibit A attached hereto.

5.  I have found Arthur S. Beeman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move this admission of Arthur S. Beeman, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Arthur. S. Beeman, *pro hac vice*.

**WHEREFORE**, it is respectfully requested that the motion to admit Arthur S. Beeman, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 7/15/08

City, State: New York, New York

Respectfully submitted,

Mark Rueh

SDNY Bar Code: mr6258

Sworn to before me this
15th day of July, 2008

Notary Public

NEWY1\8260462.1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639     TELEPHONE: 888-800-3400

July 3, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARTHUR STEVEN BEEMAN, #237996 was admitted to the practice of law in this state by the Supreme Court of California on November 22, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ARTHUR S BEEMAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

January 11, 1985

Given under my hand and seal of this court on

July 01, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

# The Supreme Court of Ohio

### CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Arthur Steven Beeman

was admitted to the practice of law in Ohio on May 09, 1983; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 25th day of June, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*



| | | |
|---|---|---|
| **SUSAN STOKLEY CLARY**<br>Clerk | **OFFICE OF THE CLERK**<br>**SUPREME COURT OF KENTUCKY**<br>ROOM 209, STATE CAPITOL<br>700 CAPITAL AVE.<br>FRANKFORT, KENTUCKY 40601-3488 | **Telephone:**<br>**(502) 564-4720**<br>**FAX:**<br>**(502) 564-5491** |

# CERTIFICATION

I, Susan Stokley Clary, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____Arthur Steven Beeman_____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on ___December 6, 1996___, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____Arthur Steven Beeman_____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this __27th__ day of ___June___, __2008__.

SUSAN STOKLEY CLARY
CLERK

By: _____Paula C. Yeast_____
Chief Deputy Clerk

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1883**
(502) 564-3795
FAX (502) 564-3225

**OFFICERS**
Jane Winkler Dyche
President

Barbara D. Bonar
President-Elect

Charles E. English, Jr.
Vice President

Robert C. Ewald
Past President

**YOUNG LAWYERS**
Ryan C. Reed
Chair

**EXECUTIVE DIRECTOR**
James L. Deckard

**BOARD OF GOVERNORS**
Douglass Farnsley
Fred E. Fugazzi, Jr.
Margo L. Grubbs
James D. Harris, Jr.
Richard W. Hay
R. Scott Madden
Douglas L. McSwain
W. Douglas Myers
Michael J. O'Connell
Thomas L. Rouse
John M. Rosenberg
R. Michael Sullivan
Mark C. Whitlow
William H. Wilhoit



*THIS IS TO CERTIFY THAT*

*ARTHUR STEVEN BEEMAN*
*DLA Piper*
*153 Townsend, Suite 800*
*San Francisco, California 94107-1957*

*Membership No. 86626*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 24th day of June, 2008.*

*JAMES L. DECKARD*
*REGISTRAR*

By: _____
Nicole A. Key, Deputy Registrar