UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION,

    Plaintiffs,

v.

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al.,

    Defendants.

------------------------------------------------------------------x

Civil Action No. 08-CV-4068
(CLB) (LMS)
ECF Case

**MOTION TO ADMIT
COUNSEL PRO HAC VICE**

    PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Mark Rueh, a member of DLA Piper US LLP, a Member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of Pamela K. Fulmer of DLA Piper US LLP, 153 Townsend Street, San Francisco, California 94107 (telephone no.: 415-836-2500; facsimile no.: 415-836-2501).

    Pamela K. Fulmer is a member in good standing of the Bar of the State of California. There are no disciplinary proceedings against Pamela K. Fulmer pending in any State or Federal Court.

Dated: New York, New York

    July 15, 2008

                                 Respectfully submitted,
                                 DLA PIPER US LLP

                                 By: /s/ Mark Rueh
                                   Mark Rueh
                                   1251 Avenue of the Americas
                                   New York, New York 10020
                                   Tel: (212) 335-4500
                                   Fax: (212) 335-4501
                                   mark.rueh@dlapiper.com
                                   *Attorneys for Defendant Intuit, Inc.*

NEWY1\8260469.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION,

    Plaintiffs,

v.

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al.,

    Defendants.

Civil Action No. 08-CV-4068
(CLB) (LMS)
ECF Case

**AFFIDAVIT OF
MARK RUEH
IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE**

------------------------------------------------------------------x

| STATE OF NEW YORK | ) |
| COUNTY OF NEW YORK | ) ss: |
| | ) |

Mark Rueh, being duly sworn, deposes and says as follows:

1.    I am a member of DLA Piper US LLP ("DLA Piper"), attorneys in the captioned action for Defendant Intuit Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Pamela K. Fulmer as counsel *pro hac vice* to represent Defendant in this matter.

2.    I am a member in good standing of the bar of the state of New York, and was admitted to practice in law in New York in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

3.    I have known Pamela K. Fulmer since April 16, 2008.

4.    Ms. Fulmer is a Partner at DLA Piper US LLP, in San Francisco, California and is a member in good standing of the bar of California, as indicated in Exhibit A attached hereto.

5. I have found Pamela K. Fulmer to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move this admission of Pamela K. Fulmer, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Pamela K. Fulmer, *pro hac vice*.

**WHEREFORE,** it is respectfully requested that the motion to admit Pamela K. Fulmer, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated: 7/15/08

City, State: New York, New York

Respectfully submitted,

Mark Rueh

SDNY Bar Code: mr6258

Sworn to before me this
15th day of July, 2008

Notary Public

MARCUS L. GRIFFIN
Notary Public, State Of New York
No. 01GR5062272
Qualified in New York County
Commission Expires June 24, 2010

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 3, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PAMELA K. FULMER, #154736 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION,

    Plaintiffs,

v.

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al.,

    Defendants.

-------------------------------------------------------------------x

Civil Action No. 08-CV-4068
(CLB) (LMS)
ECF Case

**ORDER FOR ADMISSION**
**PRO HAC VICE ON**
**WRITTEN MOTION**

Upon the motion of Mark Rueh attorney for Intuit Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicants Name: | Pamela K. Fulmer |
| Firm Name: | DLA Piper US LLP |
| Address: | 153 Townsend Street, Suite 800 |
| City/State/Zip: | San Francisco, California 94107 |
| Telephone/Fax: | (415) 836-2500 / (415) 836-2501 |
| Email Address: | pam.fulmer@dlapiper.com |

is admitted to practice *pro hac vice* as counsel for Intuit Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State: White Plains, New York

                                                                  United States District/Magistrate Judge

NEWY1\8260465.1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC, *et al.*,<br><br>Defendants. | Civil Action No. 08-CV-4068 (CLB) (LMS)<br>ECF Case<br><br>**CERTIFICATE OF SERVICE** |

     I, Mark Rueh, a member of the Bar of this Court, hereby certify that on July 15, 2008, I caused to be served upon:

John F. Hornick
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Vince P. Kovalick
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Samuel C. Bass
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001

Christopher James Houpt
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Edward David Johnson
Mayer Brown, LLP (CA)
Two Palo Alto Square
3000 El Camino Real
Suite 300
Palo Alto, CA 94306

Robert Eliot Hanlon
Alston & Bird, LLP (NYC)
90 Park Avenue
New York, NY 10016

Ivan S. Kavrukon
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036

W. Edward Ramage
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201

NEWY1\8260906.1