UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,** <br><br> Plaintiffs, <br><br> v. <br><br> **THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, and individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100,** <br><br> Defendants. | Civil Action No. 08-CV-4068 (CLB) |

**NOTICE OF PHILIPS' MOTION TO DISMISS PATENT MISUSE AND TORTIOUS INTERFERENCE COUNTERCLAIMS ASSERTED BY ADVANCED DUPLICATION SERVICES, LLC, AMERICAN MEDIA INTERNATIONAL, LTD., INOVERIS LLC, METATEC INTERNATIONAL, INC., MTI ACQUISITION, LLC, AND ZOMAX INCORPORATED**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (collectively "Philips") move to dismiss the counterclaim for patent misuse and the two counterclaims for tortious interference with a

business relationship filed by Advanced Duplication Services, LLC, American Media International, Ltd., Inoveris LLC, Metatec International, Inc., MTI Acquisition, LLC, and Zomax Incorporated.  In support of this motion, Philips relies on the Declaration of Samuel Cummings Bass and the accompanying memorandum of law in support of Philips' Motion to Dismiss. Philips also requests a hearing on this motion.

WHEREFORE, Philips respectively prays that the Court dismiss the counterclaim for patent misuse and the two counterclaims for tortious interference with a business relationship for failure to state a claim upon which relief can be granted, as set forth in the accompanying proposed Order, and that it grant such other relief as it deems just and proper.

Date:   July 21, 2008                         /s/ Christopher J. Houpt
                                              Christopher J. Houpt
                                              MAYER BROWN LLP
                                              1675 Broadway
                                              New York, New York 10019
                                              Tel: (212) 506-2380
                                              Fax: (212) 849-5830

                                              *Of Counsel*:

                                              Vince P. Kovalick (*pro hac vice*)
                                              John F. Hornick (*pro hac vice*)
                                              Samuel C. Bass (*pro hac vice*)
                                              FINNEGAN, HENDERSON, FARABOW,
                                                GARRETT & DUNNER, L.L.P.
                                              901 New York Avenue, N.W.
                                              Washington, D.C. 20001-4413
                                              Tel: (202) 408-4000
                                              Fax: (202) 408-4400

                                              Edward D. Johnson
                                              MAYER BROWN LLP
                                              Two Palo Alto Square, Suite 300
                                              3000 El Camino Real
                                              Palo Alto, California 94306-2112
                                              Tel: (650) 331-2000
                                              Fax: (650) 331-2060

*Attorneys for Plaintiffs*
*Koninklijke Philips Electronics N.V. and*
*U.S. Philips Corporation*

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher J. Houpt

2