UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION,

    Plaintiffs,
v.
THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al.,

    Defendants.

-------------------------------------------------------------------x

Civil Action No. 08-CV-4068
(CLB) (LMS)
ECF Case

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

Upon the motion of Mark Rueh attorney for Intuit, Inc. and said sponsor attorney's affidavit in support;
IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicants Name: | Robert Buergi |
| Firm Name: | DLA Piper US LLP |
| Address: | 2000 University Avenue |
| City/State/Zip: | East Palo, California 94303 |
| Telephone/Fax: | (650) 833-2000 / (650) 833-2001 |
| Email Address: | robert.buergi@dlapiper.com |

is admitted to practice *pro hac vice* as counsel for Intuit, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: July 18, 2008
City, State: White Plains, New York

_____
United States District/Magistrate Judge

NEWY1\8260460.1