

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

KONINKLIJKE PHILIPS ELECTRONICS N.V. and
U.S. PHILIPS CORPORATION,

    Plaintiffs,

v.

THE ADS GROUP fka ADVANCED DUPLICATION
SERVICES LLC, et al.,

    Defendants.

-----------------------------------------------------------------x

Civil Action No. 08-CV-4068
(CLB) (LMS)
ECF Case

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

Upon the motion of Mark Rueh attorney for Intuit Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicants Name: | Pamela K. Fulmer |
| Firm Name: | DLA Piper US LLP |
| Address: | 153 Townsend Street, Suite 800 |
| City/State/Zip: | San Francisco, California 94107 |
| Telephone/Fax: | (415) 836-2500 / (415) 836-2501 |
| Email Address: | pam.fulmer@dlapiper.com |

is admitted to practice *pro hac vice* as counsel for Intuit Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State: White Plains, New York

July 18, 2008

_____
United States District/Magistrate Judge

NEWY1\8260465.1