08cv4068 (CLB)

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of DEFENDANTS JOHN EDGAR MOLL AND JOHN STEVEN MOLL'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS, were served on the 24th day of July, 2008 on counsel as follows:

Arthur S. Beeman
DLA Piper US LLP
153 Townsend Street
San Francisco, CA 94107

Pamela K. Fulmer
DLA Piper US LLP
153 Townsend Street
San Francisco, CA 94107

Robert Buergi
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Samuel C. Bass
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

Vince P. Kovalick
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(via U.S. mail)

/s/ David J. Eklund
David J. Eklund
Alston & Bird LLP
90 Park Avenue
New York, New York 10016-1387
(212) 210 9503 (phone)
(212) 210-9444 (facsimile)
david.eklund@alston.com