UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, and individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100,<br><br>      Defendants. | Civil Action No. 08-CV-4068 (CS) (GAY)<br><br>ECF Case |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
CONCORD RECORDS, INC. AND CONCORD MUSIC GROUP, INC.**

      Pursuant to Federal Rule of Civil Procedure 7.1, and to facilitate evaluation by the judges of the U.S. District Court for the Southern District of New York of potential recusal or disqualification, Defendants Concord Records, Inc. and Concord Music Group, Inc. hereby give notice that, as of November 24, 2004, Concord Records, Inc. merged into the entity now named

Concord Music Group, Inc., and one hundred percent (100%) of the stock of Concord Music Group, Inc. is owned by Concord Music Group, LLC. No publicly held corporation owns ten percent (10%) or more of the stock of Concord Music Group, Inc.

Dated: New York, New York
August 13, 2008

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Abigail M. Kagle
Abigail M. Kagle (AK 1527)
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
Fax: (212) 790-4545
akagle@manatt.com

Robert D. Becker (CA Bar No. 160648)
Shawn G. Hansen (CA Bar No. 197033)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Tel: (650) 812-1300
Fax: (650) 213-0260
rbecker@manatt.com
shansen@manatt.com

*Attorneys for Defendants*
CONCORD RECORDS, INC. and
CONCORD MUSIC GROUP, INC.