IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | |
| Plaintiffs, | Civil Action No.08-cv-4068 (CS) |
| v. | ECF Case |
| THE ADS GROUP fka ADVANCED DUPLICATION SERVICES LLC; AMERICAN MEDIA INTERNATIONAL, LTD.; CARBONITE INC.; THE COMVEST GROUP; CONCORD RECORDS, INC.; CONCORD MUSIC GROUP, INC; EVA-TONE, INC.; HAL LEONARD CORP.; HUDSON VALLEY CAPITAL PARTNERS, INC.; INOVERIS LLC; INTUIT INC.; METATEC INTERNATIONAL, INC.; MTI ACQUISITION LLC aka MTI ACQUISITION CORP.; MUSIC CITY OPTICAL MEDIA, INC.; ZOMAX INCORPORATED; MICHAEL F. HARDWICK, an individual; ARUN KHURANA, an individual; JEAN A. LAGOTTE JR., an individual; JOHN EDGAR MOLL, an individual, JOHN STEVEN MOLL, an individual; DAVID A. SILVON, an individual; and John Does No. 1 through 100 | |
| Defendants and Counterclaim Plaintiffs. | |

**DECLARATION OF GREGORY J. CARBO**

I, Gregory J. Carbo, declare as follows:

1.  I am an attorney in the law firm of Cooper & Dunham LLP, attorneys for the defendants in this action, The ADS Group, American Media International, Ltd., Metatec International, Inc., MTI Acquisition, LLC, Inoveris LLC, and Zomax Incorporated, all of whom

- 2 -

are collectively referred to as the "Defendants." I am a member in good standing of the bar of the States of New York and of this Court. I make this declaration in support of Defendants' Memorandum In Opposition To Philips' Motion To Dismiss Patent Misuse And Tortious Interference Counterclaims.

2. Attached as Exhibit 1 is a true and correct copy of an email from Mr. Lenihan to Ms. Heefer dated February 13, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2008              s/ Gregory J. Carbo
                                                             Gregory J. Carbo

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August, 2008, a copy of the foregoing **DECLARATION OF GREGORY J. CARBO** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Christopher J. Houpt
>MAYER BROWN LLP
>1675 Broadway
>New York, New York 10019
>choupt@mayerbrown.com
>
>Edward D. Johnson
>MAYER BROWN LLP
>Two Palo Alto Square, Suite 300
>3000 El Camino Real
>Palo Alto, California 94306-2112
>wjohnson@mayerbrown.com

and was served by email and by First Class Mail, postage prepaid, on the following attorneys for plaintiffs, Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, addressed as follows:

>Vince P. Kovalick
>John F. Hornick
>Samuel C. Bass
>FINNEGAN, HENDERSON, FARABOW,
>GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001
>vince.kovalick@finnegan.com
>John.Hornick@finnegan.com
>Samuel.Bass@finnegan.com

   s/ Gregory J. Carbo
   Gregory J. Carbo

**From:** William Lenihan [mailto:william.lenihan@philips.com]
**Sent:** Wednesday, February 13, 2008 10:37 AM
**To:** Heefner, Ann
**Subject:** Re: H&R Block

Dear Ms. Heefer-

All CD discs manufactured by Zomax go unreported / unpaid and therefore infringe the essential Philips CD Disc patent. Last month, Philips filled litigation against Zomax for patent infringement / breach of contract.

I will forward a copy of that court filling / litigation for your reference.

Any CD Disc produced by Sony DADC is considered Licensed and in good standing.

To that end, we can offer H&R Block assistance in directing you to other Licensed replicators in good standing.

Philips will protect it's patent rights to the fullest the law and may ultimately look to H&R Block to resolve the unpaid royalties for discs manufactured on your behalf by Zomax.

To our knowledge, Zomax ceased to report / pay royalties on CD Disc at or around the middle of 2006.

Please feel free to call to further discuss.

regards,

William J. Lenihan
Director
Philips Intellectual Property & Standards
P.O.Box 3001
345 Scarborough Road
Briarcliff Manor, New York, 10510-8001
Phone: (914) 333-9622
Fax: (914) 332-0615
Intranet:pww.ips.philips.com
Internet:www.ip.philips.com

**Carbo Decl., Ex. 1**