| | |
|---|---|
| UNITED STATES DISTRICT COURT | INDEX # 08 CIV 4068 |
| SOUTHERN DISTRICT OF NEW YORK | FILED ON APRIL 30, 2008 |

**KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,**

Plaintiff(s)/Petitioner(s)

vs

**THE ADS GROUP f/k/a ADVANCED DUPLICATION SERVICES LLC, et al.**

Defendant(s)/Respondent(s)

STATE OF , COUNTY OF , SS.:    **AFFIDAVIT OF SERVICE**

_____Dean Lillemoe_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Minneapolis, MN_____. On __May 23, 2008__ at __2:40 PM__, at __5101 Mead Road, St. Paul, MN 55110__, deponent served the within

Summons In A Civil Case and Complaint

Individual Practices Of Judge Charles L Brieant, Magistrate Judge Lisa Margaret Smith

on: _____Michael F. Hardwick_____

_____Defendant_____(herein called recipient) therein named, upon which the Index No. and the date of filing were clearly visible on said Summons In A Civil Case and Complaint.

**INDIVIDUAL** [ ]
By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**SUITABLE AGE PERSON** [X]
By delivering a true copy of each to __Becky Hardwick, A Relative and Co-Tenant__ personally, a person of suitable age and discretion. Deponent asked said individual if they were able to accept on behalf of said recipient and they responded with an affirmative. Said premises is recipient's [ ] actual place of business [X] dwelling house or usual place of abode within the state.

**AFFIXING TO DOOR** [ ]
By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there: on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**MAILING COPY** [X]
Deponent also enclosed a copy of the said document(s) in a postpaid sealed wrapper, First Class Mail, marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the recipient(s). Said envelope was properly addressed to recipient at recipient's last known address at __5101 Mead Road, St. Paul, MN 55110__ and deposited the same in a post office under exclusive care and custody of the United States Postal Service within New York State on __May 27, 2008__.

**DESCRIPTION** [X]
A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: Female    Color of skin: White    Color of hair: Brown    Age: 35 - 40 Yrs.    Height: 5'5" - 5'6"
Weight: 146 - 180 Lbs.    Other: ____

**WIT. FEES** [ ]
____ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**MILITARY SERVICE**
[ ] Deponent asked the person spoken to whether he/she was presently in the military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.
[X] Deponent asked the person spoken to, __Becky Hardwick, A Relative and Co-Tenant__, whether the recipient was in active military service of the United States Government or of the State of New York in any capacity whatever and received a negative reply.
[X] The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this 27th day of __May, 2008__

CHARLES C. SMITH
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

Dean Lillemoe
Server's Lic. #
Affidavit # 10000500

ATTORNEY: Mayer Brown LLP    Ph: 212-506-2500
ADDRESS: 1675 Broadway New York NY 10019-5820    File No.: