UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE ADS GROUP et al.,<br><br>Defendants. | Civil Action No. 08-CV-4068 (CS) (GAY)<br><br>ECF Case<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, ABIGAIL M. KAGLE, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Shawn G. Hansen |
| Firm Name: | Manatt, Phelps & Phillips, LLP |
| Street Address: | 1001 Page Mill Road, Building 2 |
| City/State/ZIP: | Palo Alto, CA 94304 |
| Telephone: | (650) 812-1300 |
| Facsimile: | (650) 213-0260 |
| E-mail address: | shansen@manatt.com |

Shawn G. Hansen is a member in good standing of the Bars of the States of California and Utah. No disciplinary proceedings are pending against Shawn G. Hansen in any State or Federal court.



Dated: New York, New York.
August 19, 2008

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: *Abigail Kagle*
Abigail M. Kagle (AK 1527)
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Tel: (212) 790-4500
Fax: (212) 790-4545
akagle@manatt.com

*Attorneys for Defendants*
CONCORD RECORDS, INC. and
CONCORD MUSIC GROUP, INC.

20205275.1