*Seibel, J.*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE ADS GROUP et al.,<br><br>Defendants. | Civil Action No. 08-CV-4068 (CS) (GAY)<br><br>ECF Case<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

Upon the motion of ABIGAIL M. KAGLE, attorney for Defendants Concord Records, Inc. and Concord Music Group, Inc., and said sponsor attorney's declaration in support,

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Robert D. Becker |
| Firm Name: | Manatt, Phelps & Phillips, LLP |
| Street Address: | 1001 Page Mill Road, Building 2 |
| City/State/ZIP: | Palo Alto, CA 94304 |
| Telephone: | (650) 812-1300 |
| Facsimile: | (650) 213-0260 |
| E-mail address: | rbecker@manatt.com |

is admitted to practice *pro hac vice* as counsel for Defendants Concord Records, Inc. and Concord Music Group, Inc. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: ~~New York, New York~~

✓ Dated: 8/27, 2008
White Plains, NY

✓ SO ORDERED:

*Cathy Seibel*
United States District/~~Magistrate~~ Judge
Hon. Cathy Seibel, USDJ