# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

August 28, 2008

**Christopher J. Houpt**
Direct Tel (212) 506-2380
Direct Fax (212) 849-5830
choupt@mayerbrown.com

The Honorable George A. Yanthis
United States District Court
 for the Southern District of New York
United States Courthouse
300 Quarropas St., Room 118
White Plains, NY 10601



Re:   *Koninklijke Philips Electronics N.V. et al. v. The ADS Group et al.* (08-cv-4068) – request for stipulated briefing schedule

Your Honor:

We represent the Philips plaintiffs in the above-captioned matter. We write in reference to the pending motion of Concord Records, Inc. and Concord Music Group, Inc. to dismiss the Complaint.

The Philips plaintiffs and the Concord defendants have stipulated and agreed that, with leave of the Court, Philips's response to that motion would be due on September 5, and the defendants' reply would be due on September 12.

We respectfully request that the Court So Order this schedule.

Respectfully submitted,

*/s/ Christopher J. Houpt*
Christopher J. Houpt

cc:   All counsel (by email)

SO ORDERED:

*/s/ George A. Yanthis*
The Hon. George A. Yanthis
United States Magistrate Judge

8/29/08

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).