# JONES DAY

**MEMO ENDORSED**

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3978
LMarvin@jonesday.com

JP005147:lmm
889862-610001

August 28, 2008

<u>VIA OVERNIGHT DELIVERY</u>

Honorable George A. Yanthis
United States Magistrate Judge
United States District Court for the
Southern District of New York
300 Quarropas St., Room 118
White Plains, NY 10601

    Re:    Koninklijke Philips Electronics N.V., et al. v. The ADS Group et al.,
              08-CV-04068 (CS) (GAY)

Dear Magistrate Judge Yanthis:

    Per the instruction of the Clerk's office, we write to respectfully request that Jones Day be substituted for DLA Piper US LLP ("DLA Piper") as counsel for Intuit Inc. ("Intuit") in the above referenced matter. Intuit's current attorneys of record from DLA Piper include Arthur S. Beeman and Pamela K. Fulmer. Mr. Beeman and Ms. Fulmer were formerly partners at DLA Piper, but recently left DLA Piper and became partners at Jones Day. Intuit will continue to be represented by Mr. Beeman and Ms. Fulmer, both of whom were admitted *pro hac vice* to this Court, as well as myself, an attorney admitted to the bar of this Court.

    Mr. Beeman's and Ms. Fulmer's new contact information is as follows:

                  Arthur S. Beeman
                  JONES DAY
                  555 California Street, 26th Floor
                  San Francisco, CA 94104
                  Tel: 1.415.626.3939
                  Fax: 1.415.875.5700
                  asbeeman@jonesday.com

                  Pamela K. Fulmer
                  JONES DAY
                  555 California Street, 26th Floor
                  San Francisco, CA 94104
                  Tel: 1.415.626.3939
                  Fax: 1.415.875.5700
                  pkfulmer@jonesday.com

*Application granted.*

SO ORDERED:

*[signature]*

Hon. George A. Yanthis
United States Magistrate Judge.

8/29/08

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON