IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Koninklijke Philips Electronics N.V. and U.S. Philips Corporation, )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>The ADS Group, et al.,  )<br>)<br>Defendants.  )<br>)<br>) | Civil Action No. 08-04068 (CS/GAY)<br><br>ECF Case |

## APPEARANCE

Please enter my appearance as additional counsel in this case for defendant Intuit Inc.

I certify that I am admitted to practice in this Court.


Dated: New York, New York
       September 4, 2008

                                          By:  /s/ Lynn M. Marvin
Lynn M. Marvin (LM-2281)
Jones Day
222 East 41st Street
New York, New York  10017
LMarvin@jonesday.com
Phone: (212) 326-3939
Fax: (212)-755-7306

*Attorney for Defendant*
*Intuit Inc.*

## **AFFIDAVIT OF SERVICE**

  I, Lynn Marvin, declare under penalty of perjury that on September 4, 2008, I served the attached APPEARANCE by causing a true and correct copy of the same to be sent by ECF to all parties registered for electronic service.


Dated: New York, New York
   September 4, 2008

                      /s/ Lynn M. Marvin
                      Lynn M. Marvin