IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Koninklijke Philips Electronics N.V. and U.S. Philips Corporation,<br><br>   Plaintiffs,<br><br>vs.<br><br>The ADS Group, et al.,<br><br>   Defendants. | )<br>)<br>)<br>) Civil Action No. 08-04068 (CS/GAY)<br>)<br>) ECF Case<br>)<br>)<br>)<br>)<br>) |

NOTICE OF CHANGE OF ADDRESS

Pursuant to the Endorsed Letter Order by Magistrate Judge Yanthis of August 29, 2008, granting permission to substitute Jones Day as counsel for Intuit, Inc., please change the address in the docket of attorney Arthur S. Beeman, *admitted pro hac vice*, to:

 Arthur S. Beeman
 JONES DAY
 555 California Street, 26th Floor
 San Francisco, CA 94104
 Tel: 1.415.626.3939
 Fax: 1.415.875.5700
 asbeeman@jonesday.com

Dated: New York, New York
   September 4, 2008

                By: /s/ Arthur S. Beeman
                Arthur S. Beeman
                JONES DAY
                555 California Street, 26th Floor
                San Francisco, CA 94104
                Tel: 1.415.626.3939
                Fax: 1.415.875.5700
                asbeeman@jonesday.com

                *Attorney for Defendant Intuit Inc.*

**AFFIDAVIT OF SERVICE**

    I, Arthur S. Beeman, declare under penalty of perjury that on September 4, 2008, I served the attached NOTICE OF CHANGE OF ADDRESS by causing a true and correct copy of the same to be sent by ECF to all parties registered for electronic service.

Dated: New York, New York
       September 4, 2008

                                             /s/ Arthur S. Beeman
                                             Arthur S. Beeman