IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Koninklijke Philips Electronics N.V. and U.S. Philips Corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>The ADS Group, et al.,<br><br>　　　　　Defendants. | Civil Action No. 08-04068 (CS/GAY)<br><br>ECF Case |

NOTICE OF CHANGE OF ADDRESS

Pursuant to the Endorsed Letter Order by Magistrate Judge Yanthis of August 29, 2008, granting permission to substitute Jones Day as counsel for Intuit, Inc., please change the address in the docket of attorney Pamela K. Fulmer, admitted *pro hac vice*, to:

　Pamela K. Fulmer
　JONES DAY
　555 California Street, 26th Floor
　San Francisco, CA 94104
　Tel: 1.415.626.3939
　Fax: 1.415.875.5700
　pkfulmer@jonesday.com

Dated: New York, New York
　　　　September 4, 2008

　　　　　　　　　　　　　　　　　　　　By:  /s/ Pamela K. Fulmer
　　　　　　　　　　　　　　　　　　　　Pamela K. Fulmer
　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　555 California Street, 26th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Tel: 1.415.626.3939
　　　　　　　　　　　　　　　　　　　　Fax: 1.415.875.5700
　　　　　　　　　　　　　　　　　　　　pkfulmer@jonesday.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Intuit Inc.*

## AFFIDAVIT OF SERVICE

I, Pamela K. Fulmer, declare under penalty of perjury that on September 4, 2008, I served the attached NOTICE OF CHANGE OF ADDRESS by causing a true and correct copy of the same to be sent by ECF to all parties registered for electronic service.

Dated: New York, New York
       September 4, 2008

                                                     /s/ Pamela K. Fulmer
                                                    Pamela K. Fulmer